IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00992-CMA-MJW

JUSTIN STEPHENS,

    Plaintiff,

v.

M.R.S. ASSOCIATES INC., a New Jersey corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)((1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 7), it is hereby

ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

DATED: May __22__, 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge